UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEET METAL WORKERS' LOCAL UNION
NO. 80 PENSION TRUST FUND; SHEET METAL
WORKERS' LOCAL UNION NO. 80 ANNUITY
FUND; SHEET METAL WORKERS' LOCAL
UNION NO. 80 INSURANCE TRUST FUND;
SHEET METAL WORKERS' LOCAL UNION
NO. 80 SUPPLEMENTAL UNEMPLOYMENT
BENEFIT FUND; SHEET METAL WORKERS'
NATIONAL PENSION FUND; INTERNATIONAL
TRAINING INSTITUTE; NATIONAL ENERGY
MANAGEMENT INSTITUTE COMMITTEE;
SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION SCHOLARSHIP FUND; SHEET
METAL OCCUPATIONAL HEALTH INSTITUTE
TRUST FUND; NATIONAL STABILIZATION
AGREEMENT OF SHEET METAL INDUSTRY
TRUST FUND; and LOCAL UNION NO. 80 OF
THE SHEET METAL WORKERS' INTERNATIONAL
ASSOCIATION, AFL-CIO;

       Case No. 09-14248

   Plaintiffs,
v                                        Hon. Lawrence P. Zatkoff

FECTEAU VENTILATION & FABRICATING
COMPANY, INC., a corporation incorporated
under the laws of the State of Michigan,

   Defendant.
_____/

ORDER FOR EXAMINATION OF JUDGMENT
DEBTOR AND RESTRAINING TRANSFER OF CERTAIN
PROPERTY SUPPLEMENTARY TO JUDGMENT

**Ronald Fecteau**

THIS MATTER having come before this Court on Plaintiffs' Motion for Examination of

Judgment Debtor and Restraining Transfer of Certain Property Supplementary to Judgment, and

said motion having been duly filed along with a supporting Affidavit and Brief, and the Court having reviewed the same and being fully advised in the premises;

NOW THEREFORE;

IT IS HEREBY ORDERED that Ronald Fecteau, as officer and director of the corporation ("Defendant"), whose address is 24631 Gibson, Warren, Michigan 48089, appear at the law offices of Erman, Teicher, Miller, Zucker & Freedman, P.C., 400 Galleria Officentre, Ste. 444, Southfield, Michigan 48034, on **December 1, 2010 at 10:30 a.m.,** to be examined under oath concerning the income, property, or other means of satisfying the Judgment entered herein against Defendant on May 27, 2010.

IT IS FURTHER ORDERED that said person shall bring with him the following books, records, and papers in his possession, custody or control as they relate to Defendant Fecteau Ventilation & Fabricating Company, Inc.:

1. All checkbooks, check registers, check stubs, canceled checks, bank statements and other documents whatsoever relating to any deposit, savings, passbook or like account maintained with a bank, savings and loan association, credit union or like organization, in which Defendant has, or has had, any interest, at any time during the three (3) years immediately preceding the date hereof, or date of cessation of business, whichever is earlier;

2. Copies of all returns, schedules and forms filed by or on behalf of Defendant with the Internal Revenue Service, State of Michigan, and any municipal governments, relating to any income received, property owned, business activities, sale or intangibles tax, of Defendant at any and all times during the period three (3) years preceding the date hereof or date of cessation of business, whichever is earlier;

3. All books of account and accounts receivable ledgers;

4. List of assets and liabilities;

5. All contracts of purchase, sale, bills of sale, certificates of title and deeds, and all other evidences of title or instruments of whatsoever kind or nature, relating to the purchase, sale or ownership of any property, real or personal, or any interest therein, purchased, sold or owned by or on behalf of Defendant at any time during the five (5) years immediately preceding the date hereof or date of cessation of business, whichever is earlier; and

6. Copies of all profit and loss statements and balance sheets relating to the affairs of Defendant prepared by, or on behalf of, said Defendant during the period three (3) years immediately preceding the date hereof or date of cessation of business, whichever is earlier.

IT IS FURTHER ORDERED that said Defendant, Fecteau Ventilation & Fabricating Company, Inc., and its officers, directors, employees and agents, and any third party who is served with a true and entered copy of this Order, are restrained from transferring or disposing of any property of Defendant, whether now owned, or hereafter acquired by, or becoming due to Defendant, until further order of this Court. This order does not apply to property exempt by law from application to the satisfaction of the judgment.


DATED: November 10, 2010                s/Lawrence P. Zatkoff
                                        UNITED STATES DISTRICT COURT JUDGE